# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1366
Lower Tribunal No. 17-14161
_____

## Federico Garcia,
Appellant,

vs.

## Milport Investors Ltd.,
## d/b/a Porta Di Oro Apartments,
## Saving Property Management Corp.,
## and Ricardo Martin,
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Federico Garcia, in proper person.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellees.


Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Gurney v. State Farm Mut. Auto. Ins. Co., 889 So. 2d 97, 99 (Fla. 5th DCA 2004) ("[A] minimal offer can be made in good faith if the evidence demonstrates that, at the time it was made, the offeror had a reasonable basis to conclude that its exposure was nominal." (quoting Nants v. Griffin, 783 So. 2d 363, 365 (Fla. 5th DCA 2001))); Schmidt v. Fortner, 629 So. 2d 1036, 1039 (Fla. 4th DCA 1993) ("The obligation of good faith merely insists that the offeror have some reasonable foundation on which to base an offer."); Deltona House Rentals, Inc. v. Cloer, 734 So. 2d 586, 588 (Fla. 5th DCA 1999) ("[A] low offer . . . may well be found to be not a good faith offer.  This is not one of those cases, however."); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").